UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ERIK COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-CV-80-KAC-DCP |
| | ) | |
| PANDA EXPRESS, INC., | ) | |
| JOSEPH MANNING, | ) | |
| DEREK HANSON, | ) | |
| THOMAS HART, | ) | |
| JESSICA ROMERO, | ) | |
| CITY OF SEVIERVILLE, and | ) | |
| DOES 2–10, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the Motion to Strike Plaintiff's Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(f) [Doc. 52], filed by Defendants City of Sevierville, Tennessee, Joseph Manning, Derek Hanson and Thomas Hart (collectively, "Defendants"). On September 30, 2025, Plaintiff filed a response in opposition to the motion ("Response") [Doc. 53]. In addition, he filed Plaintiff's Brief Addressing Court's Orders Cited by Sevierville Defendants in their Second Motion to Strike Plaintiff's Second Amended Complaint Doc. 52 ("Brief") [Doc. 54].

Local Rule 7.1 guides motion practice in this Court. E.D. Tenn. L.R. 7.1(a). It provides for an opening brief, a response, and a reply, if necessary. *Id.*; *see also* E.D. Tenn. L.R. 7.1(c). The Rule also states:

> No additional briefs, affidavits, or other papers in support of or in opposition to a motion shall be filed without prior approval of the

> Court, except that a party may file a supplemental brief of no more than 5 pages to call to the Court's attention developments occurring after a party's final brief is filed. Any response to a supplemental brief shall be filed within 7 days after service of the supplemental brief and shall be limited to no more than 5 pages.

E.D. Tenn. L.R. 7.1(d).

It is not clear to the Court why Plaintiff filed the Response and Brief [Doc. 53 & 54] to respond to one motion, especially considering that the motion is nine pages [Doc. 52].[1] The Court **ORDERS** Plaintiff to **SHOW CAUSE** on or before **October 10, 2025**, why the Court should not strike the Brief [Doc. 54].

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge

---

[1] The Court further notes that Plaintiff's Response [Doc. 53] is 27 pages and includes 58 pages of exhibits. The Local Rule states that "briefs . . . shall not exceed 25 pages length unless otherwise ordered by the Court." E.D. Tenn. L.R. 7.1(c). While the Court will not strike the Response because the last two pages contains his signature and the certificate of service, Plaintiff shall comply with the Local Rules moving forward.

2